IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 15-475 |
| KEVIN SMALLER | : | |

**O R D E R**

**AND NOW**, this 11th day of March 2022, upon consideration of Defendant Kevin Smaller's *pro se* Habeas Corpus Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (ECF No. 55) and the Government's opposition thereto (ECF No. 58), it is **ORDERED** that the Motion is **DENIED**.

   IT IS SO ORDERED.

                              BY THE COURT:


                              */s/ R. Barclay Surrick*
                              **R. BARCLAY SURRICK, J.**